DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID CALDERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4123

[March 18, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra K. McSorley, Judge; L.T. Case No. 502004CF009117AXX.

David Calderon, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Moore v. State*, 152 So. 3d 644 (Fla. 4th DCA 2014).

GROSS, MAY and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***